IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

USA

Plaintiff,

vs.

Isaias Perez-Catu

Defendant.

CASE NO. 8:22CR 32

WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_Isaias Perez Catu_
Defendant

_[signature]_
Attorney for Defendant

Date _2/16/22_

Date _2/16/22_

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __2__ day of __March__, 20 __22__.

BY THE COURT:

_Susan M Bazis_
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT